UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GOLDEN BRIDGE INDUSTRIES PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, | ) ) ) ) ) ) ) ) ) ) ) Court No. 23-00173 |

## ORDER

Upon consideration of the Plaintiff's Motion to Amend Summons, it is hereby **ORDERED** that Plaintiff's Summons is amended as corrected.

**SO ORDERED.**

Dated: August 17, 2023          /s/ *M. Miller Baker*
New York, New York                        Judge