UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 3

|                                               | )  |                  |
|-----------------------------------------------|----|------------------|
| **Golden Bridge Industries Pte. Ltd.**        | )  | **AMENDED SUMMONS** |
|                   **Plaintiff,**              | )  |                  |
|                                               | )  | Court No. 23-00173 |
|          v.                                   | )  |                  |
|   **UNITED STATES,**                          | )  |                  |
|                   **Defendant.**              | )  |                  |

To: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                         **/s/ Mario Toscano**
                                         Clerk of the Court

1. Plaintiff Golden Bridge Industries Pte. Ltd. is an exporter of the subject merchandise. Plaintiff fully participated as an interested party within the meaning of 19 U.S.C. §§ 1516a(f)(3) and 1677(9)(A) in the Scope and Circumvention proceeding before the U.S. Department of Commerce that resulted in the contested determination. Plaintiff has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

(Name and standing of plaintiff)

2. Certain Hardwood Plywood Products From the People's Republic of China: Final Scope Determination and Affirmative Final Determination of Circumvention of the Antidumping and Countervailing Duty Orders; 88 Fed. Reg. 46740 (July 20, 2023)

(Brief description of contested determination)

3. The Final Determination Issues and Decision Memorandum is dated July 14, 2023, though interested parties first received the decision via email on July 17, 2023.

(Date of determination)

4. July 20, 2023.

(If appliable, date of publication in Federal Register of notice of contested determination)

/s/ *Gregory S. Menegaz*
Gregory S. Menegaz
J. Kevin Horgan
Alexandra H. Salzman
Vivien Jinghui Wang*
**DEKIEFFER & HORGAN, PLLC**
Suite 1101
1156 Fifteenth St., N.W.
Washington, D.C. 20005
*Counsel for Plaintiff*

*Admitted to New Mexico Bar; practice limited to Federal International Trade Matters pursuant to D.C. Bar Rule 49(c)(2).

August 16, 2023

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

    Attorney in Charge
    International Trade Field Office
    Department of Justice,
    Civil Division Room 346, Third Floor
    26 Federal Plaza New York, NY 10278

    Supervising Attorney
    Civil Division
    Commercial Litigation Branch
    U.S. Department of Justice
    Room 12124
    1100 L Street, NW
    Washington, DC 20530

    General Counsel
    United States Department of Commerce
    14th Street and Constitution Avenue, NW
    Washington, DC 20230